UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORTNEY MCDANIEL GIBBS,, <br> Plaintiff(s), <br><br> vs. <br><br> LENDING CLUB CORPORATION, <br> Defendant(s). | CIVIL ACTION FILE <br><br> NO. 1:19-CV-3330-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H Cohen, United States District Judge, for consideration the magistrate's report and recommendation and defendant's Motion for Summary Judgment, and the court having adopted the report and recommendation and having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 14th day of September, 2021.

                                                 KEVIN P. WEIMER
                                                 CLERK OF COURT

                                      By:  s/D. Burkhalter
                                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 14, 2021
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
       Deputy Clerk